I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 9-30-14

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S. DISTRICT COURT
SEP 30 2014
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 30 2014
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT JOHNSON,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>DANIEL PARAMO, Warden,<br><br>　　　　Respondent. | Case No. CV 14-5692-GHK (RNB)<br><br>**J U D G M E N T** |

　　　　In accordance with the Order Summarily Dismissing Action for Lack of Subject Matter Jurisdiction filed herein,

　　　　IT IS HEREBY ADJUDGED that this action is summarily dismissed for lack of subject matter jurisdiction pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: 9/28/14

GEORGE H. KING
UNITED STATES DISTRICT JUDGE